No. 2,493.

THE PEOPLE OF THE STATE OF CALIFORNIA, RESPONDENTS, *v.* FELIX McDONALD, APPELLANT.

EVIDENCE OF A CONVICTION TO DISCREDIT A WITNESS.—In order to discredit a witness by showing his conviction of an offense, the best evidence of the conviction is requisite.

APPEAL from the County Court of the City and County of San Francisco.

The facts are stated in the opinion.

*Geo. W. Tyler*, for Appellant.

*Jo Hamilton*, Attorney General, for Respondent.

RHODES, C. J., delivered the opinion of the Court:

On cross-examination of the defendant, who was sworn as a witness in his own behalf, the District Attorney asked the following question: "Were you not convicted and sentenced to the County Jail, for an assault on a girl about ten years of

age?" to which question the defendant's counsel objected, on the ground that the testimony of the witness was not the best evidence of the conviction. The objection was overruled. The Court erred in overruling the objection. (*People* v. *Reinhart*, 39 Cal. 449.)

Judgment reversed, and cause remanded for a new trial.